# Court of Appeals
# of the State of Georgia

ATLANTA,    May 29, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1588.  ROBERT L. WARE, JR. v. THE STATE.**

On July 9, 2009, Robert Ware, Jr. was convicted of impersonating an officer, terroristic threats, discharge of firearm on the property of another, and theft of services.  Ware filed a notice of appeal from his conviction on November 20, 2013. [1] We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of the order sought to be appealed.  Ware, however, filed his notice of appeal more than four years after entry of the trial court's order.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  To the extent that Ware seeks to appeal from the order revoking his probation, an application for discretionary appeal is required to appeal a probation revocation order. OCGA § 5-6- 35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 431 (1) (623 SE2d 247) (2005).  Accordingly, this Court lacks jurisdiction to consider Ware's appeal, which is hereby DISMISSED.

---

[1] Ware also filed a notice of appeal on November 14, 2013, from an order of November 12, 2013, but no such order is included in the record.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/29/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    , *Clerk.*